# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0112.  NICK LAVONZA TANNER v. THE STATE.**

This appeal was docketed in this Court on August 2, 2022. After Appellant failed to file a brief by August 22, 2022, this Court issued an order on August 29, 2022, requiring Appellant to file his brief no later than September 8, 2022. That order further provided that Appellant's failure to file a brief by September 8 would result in the dismissal of this appeal.

As of the date of this order, Appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Nothing in this order shall preclude Appellant from filing a timely motion for reconsideration and seeking reinstatement of the appeal. If Appellant believes that he was unconstitutionally deprived of his right to appeal, he may be able to pursue relief for that claim through a petition for a writ of habeas corpus, along with any other claims alleging deprivation of his constitutional rights in the proceedings that resulted in his conviction. See OCGA § 9-14-41 et seq. Appellant should be aware of the possible application of the restrictions that apply to such habeas corpus filings, such as the time deadlines provided by OCGA § 9-14-42 (c) and the limitation on successive petitions provided by OCGA § 9-14-51.

The Clerk of Court is directed to send a copy of this order to Appellant as well as to Appellant's attorney of record, if any. Appellant's attorney is also directed to send a copy of this order to Appellant.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   10/06/2022*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*